IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:11-cv-00643-MEF |
| CARL HOBBS CONSTRUCTION COMPANY, INC., *et al.*, | ) ) ) ) | (WO – Do Not Publish) |
| Defendants. | ) | |

**O R D E R**

In this declaratory judgment action, Employers Mutual Casualty Company ("EMC") seeks a declaration under its policies that it owes neither a duty to defend nor a duty to indemnify relating to an underlying lawsuit against Carl Hobbs Construction Company, Inc. ("Hobbs Construction"), its owner, Carl Hobbs, and its employee, Donald Trawick (collectively "the Construction Company Defendants"). (Doc. #1.) This cause is presently before the Court on (1) EMC's Motion for Summary Judgment (Doc. #36), (2) the Construction Company Defendants' Motion for Partial Summary Judgment (Doc. #40), (3) the Construction Company Defendants' Motion to Amend Answer (Doc. # 54), and (4) EMC's Opposition to Defendants' Motion to Amended (sic) Answer and Motion to Strike (Doc. #55).

Having considered the foregoing motions, it is hereby ORDERED that **oral argument** is set for these motions on **October 12, 2012, at 9:00 A.M.** in Courtroom 2A, United States Courthouse, **Montgomery, Alabama**. It is further ORDERED that the pretrial hearing currently set in this matter will immediately follow oral argument on the above motions.

DONE this the 10th day of October, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE